# UNITED STATES DISTRICT COURT

District of Connecticut

New Haven Division

*3:13-CV-276 CSH*

Oluwashina Kazeem Ahmed-Al-Khalifa (A070530620) (Pro-se)
Plaintiff

Jury Demanded By Trial

V

Jordan, United Arab Emirates, Bahrain, Tunisia, Algeria, Djibouti, The Kingdom of Saudi Arabia, Sudan, Syrian Arab Republic, Somalia, Iraq, Oman, Palestine, Qatar, Comoros, Kuwait, Lebanon, Libyan Arab Jamahiriya, Egypt, Morocco, Mauritania, Yemen, United Kingdom of Great Britain and Northern Ireland, Isle of Man, Scotland, Republic of Ireland, Belgium, Portugal, France, Italy, Denmark, Norway, Iceland,Sweden, The Kingdom of Spain, The Netherlands, Germany, Greece, Macedonia, Brazil, Canada, United States of America................................
(Defendants)

## What is Slavery?

Slavery refers to a condition in which individuals are owned by others, who control where they live and at what they work. Slavery had previously existed throughout history, in many times and most places. The ancient Greeks, the Romans, Incas and Aztecs all had slaves.



# The History of Slavery

The **history of slavery** covers slave systems in historical perspective in which one human being is legally the property of another, can be bought or sold, is not allowed to escape and must work for the owner without any choice involved. As Drescher (2009) argues, "The most crucial and frequently utilized aspect of the condition is a communally recognized right by some individuals to possess, buy, sell, discipline, transport, liberate, or otherwise dispose of the bodies and behavior of other individuals." An integral element is that children of a <u>slave</u> mother automatically become slaves. It does not include historical <u>forced labor by prisoners</u>, <u>labor camps</u>, or other forms of <u>unfree labor</u> in which laborers are not considered property.

Slavery can be traced back to the earliest records, such as the <u>Code of Hammurabi</u> (c. 1760 BC), which refers to it as an established institution. Slavery is rare among <u>hunter-gatherer</u> populations as slavery depends on a system of <u>social stratification</u>. Slavery typically also requires a shortage of labor and a surplus of land to be viable. David P. Forsythe wrote: "The fact remained that at the beginning of the nineteenth century an estimated three-quarters of all people alive were trapped in bondage against their will either in some form of slavery or serfdom."

## Origins

Due to these factors, the practice of slavery would have only proliferated after the invention of agriculture during the <u>Neolithic Revolution</u> about 11,000 years ago.

Slavery was known in civilizations as old as <u>Sumer</u>, as well as almost every other ancient civilization, including <u>Ancient Egypt</u>, <u>Ancient China</u>, the <u>Akkadian Empire</u>, <u>Assyria</u>, <u>Ancient India</u>, <u>Ancient Greece</u>, the <u>Roman Empire</u>, the Islamic <u>Caliphate</u>, and the <u>pre-Columbian civilizations</u> of the Americas. Such institutions were a mixture of <u>debt-slavery</u>, punishment for crime, the enslavement of <u>prisoners of war</u>, <u>child abandonment</u>, and the birth of slave children to slaves.

## Footnote

*Not only do I pray for it, on the score of human dignity, but I can clearly forsee that nothing but the rooting out of slavery can perpetuate the existence of our union, by consolidating it in a common bond of principle.*

*GEORGE WASHINGTON, attributed, John Bernard's Retrospections of America*

# Complaints

## The Issue : Slavery in Africa.

Human Rights Provisions :

A)Universal Declaration of  Human Rights

1. Article 3: Everyone has the right to life, liberty and security of persons.
2. Article 4: No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms.
3. Article 5: No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment

B) International Covenant on Civil and Political Rights

1. Article 7 : No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment. In particular, no one shall be subjected without his free consent to mediacal or scientific experimentation.
2. Article 8 (1) No one shall be held in slavery; slavery and the slave-trade in all their forms shall be prohibited. (2) No one shall be held in servitude. (3)(a) No one shall be required to perform or compulsory labour ; ............

C) European Convention on Human Rights

1. Article 3:  Prohibition of  Torture : No one shall be subjected to torture or to inhuman or degrading treatment or punishment.
2. Article 4(1). No one shall be in slavery or servitude. (2) No one shall be required to perform forced or compulsory labour.....................

D) Charter of  Fundamental Rights of the European Union : Article 5

**Prohibition of slavery and forced labour**

1. No one shall be held in slavery or servitude.
2. No one shall be required to perform forced or compulsory labour.
3. Trafficking in human beings is prohibited.

F) <u>African [Banjul] Charter on Human and Peoples' Rights, Article 5</u>:

Every individual shall have the right to the respect of the dignity inherent in a human being and to the recognition of his legal status. All forms of exploitation and degradation of man particularly slavery, slave trade, torture, cruel, inhuman or degrading punishment and treatment shall be prohibited.

G) <u>The U.S. Constitution : Amendment 13-Slavery Abolished. Ratified 12/6/1865.</u>

1. Neither slavey nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.
2. Congress shall have power to enforce this article by appropriate legislation.

H) <u>American Convention on Human Rights "Pact of San Jose, Costa Rica"</u> *Article 6. **Freedom from Slavery***

1. No one shall be subject to slavery or to involuntary servitude,which are prohibited in all their forms, as are the slave trade and traffic in women.

**Article 3 of the Convention on the Rights of the Child states :**
(Best interest of the child): The best interest of children must be the primary concern in making decisions that may affect. All adults should do what is best for children. When adults make decisions, they should thinck about how their decisions willl affect children. This particularly applies to budget, policy and law makers.

# <u>Jurisdiction</u>

Article III of the United States Constitution

Jurisdiction is proper pursuant to The Alien Tort Statue (28 U.S.C sub section 1350, ATS, also called the Alien Tort Claim Act(ACTA)) is a Section of the United States Code that reads. "The District Court shall have original jurisdiction in any civil action by an alien for a tort only, committed in violation of the Law of Nations or a treaty of the United States." This Statue is notable for allowing U.S. Courts to hear human-rights cases brought by foreign citizen for conducts committed outside the United States.

The Torture Victim Protection Act (TVPA), passed and signed into law by President George H.W.Bush in 1992, gives similar rights to U.S. citizen and non-citizen alike to bring claims for torture and extrajudicail killings committed in foreing countries.

Alien Tort Statue cases was vindicated by the U.S. Supreme Court. In its 2004 ruling in Sosa V. Alvarez-Machain, the Court held that the ATS grants federal courts jurisdiction over claims based on specifically defined, universally accepted and obligatory norms of international law. In establishing this standard, the Court effectively gave the green light to use the ATS as a means of redress for severe human rights abuse.

Article 16 Convention And Protocol Relating To The Status of Refugees

United States v. Libellants and Claimants of the Schooner Amistad, 40 U.S.518(1841).

Cabello v. Fernandes-Larios 402 F.3d 1148(11th Cir. 2005)


# <u>International Humanitarian Rights Law Involved</u>

<u>Treaties</u>
1. Convention and Protocol Relating To The Status of Refugees.
2. United Nation Convention Against Torture.
3. Convention Relating To The Status of Stateless Persons
4. Convention on the Elimination of All Forms of Discrimination Against Women.
5. Convention on the Prevention and Punishment of the Crime of Genocide.
6. Convention on the Non-Applicability of Statutory Limitation to War Crimes and Crimes Against Humanity.
7. International Convention on the Elimination of All Forms of Racial Discrimination
8. United Nation Declaration on the Rights of Indigenous People
9.  Convention on the Rights of the Child
10. Convention against Discrimination in Education

Fundamental Rights
1. Universal Declaration of Human Rights
2. International Covenant on Civil and Political Rights
3. International Covenant on Economic, Social and Cultural Rights
4. American Convention on Human Rights "Pact of San Jose ,Costa Rica"
5. The U.S. Constitution
6. Declaration on Race and Racial Prejudice

Other Treaties and Fundamental Rights
1. Council Directives 2004/83/EC of 29 April 2009
2. European Convention on Human Rights
3. Charter of Fundamental Rights of The European Union
4. Canadian Charter of Rights and Freedoms
5. African Charter on Human and Peoples' Rights
6. Human Rights Act 1998
7. Arab Charter on Human Right
8. 1689 Bill of Rights
9. Internation Convention for the Suppression of the Financing of Terrorism

# **Statement of the Case**

## Introduction

Slavery in Africa, the institution of slavery as it existed in Africa, and the effects of world slave-trade system on Africa people and society. As in most of the world, slavery, or involuntary human servitude, was practised accross Africa from prehistoric times to the modren era. However, in other parts of the world, slavery has taken a different forms. Traditional African practise of slavery were altered to some extent beginning in the 7th century by two non African groups of slave traders : Arab Muslims and Europeans. From the 7th to the 20th century, Arab Muslims raided and traded for black African Slaves in West, Central, and East Africa, sending thousands of slaves each year to North and part of Asia. From the 15th to the 19th century Europeans bought millions of slaves in West, Central, and East Africa and send them to Europe, the Caribbean; and North, Central, and South America. These two overlapping waves of transcontinental trade central to the economies of many African states and threatened many more African with enslavement.

The Effects of Slave Trades on Africa

Around the 15th century BC, Egypt's New Kingdom enslaved non-Africans, such as Jews from Palestine, through warfare and imported them to the Nile valley. As an African importer of non-African slaves, however, ancient Egypt is a notable exception to the rule. Africa's role on the history of transcontinental slave trading has generally been a provider or exporter of slaves for use outside of Africa.

After the 5th century BC, Greeks and later, Romans came to dominate the Mediterranean Sea. Both of these-owing power raided North Africa extensively for slaves. This practise of using Africa as a source of slaves would be adopted and expanded by first by Arab Muslims and later by Europeans.

# **The Arab Muslims**

The Tran-Sahara and East African Slave Trade

The spread of Islam from Arabia into Africa after the religious founding in the 7th century AD affected the practise of slavery and slave trading in West, Central, and East Africa. Arabs had practised slave raiding and trading in Arabia for centuries prior to the founding of Islam, and slavery became a component of Islamic traditions. Both the Quran (Koran) the sacred scripture of Islam) and Islamic religious law served to codify and justify the existence of slavery. As Muslim Arabs conquered their way westward across North Africa in the 7th and 8th centuries, their victorious leader rewarded themselves with Berber captives, most of whom were eventually enrolled in Muslims armies. The religion spread to the camel herders of the Sahara Desert, who were in contact with black Africans south of the Sahara and who traded small numbers of black slaves. Muslim Arabs expanded this tran-Sahara slave trade, buying or seizing increasing numbers of black African in West Africa, leading them across the Sahara, and selling them in North Africa. From there, most of these slaves were exported to far-off Asian destinations such as the eastern Mediterranean, Anatolia(in present-day Turkey), Arabia, Persia(present-day Iran), and India.

The Trans-Sahara Slave Trade.

The transportation of large numbers of slaves did not become viable until camels were introduced from Arabia in the 10th century. By this point, a trans-Saharan trading network came into being to transport slaves north. Zanzibar was once East Africa's main slave-trading port, and under Omani Arabs in the 19th century as many as 50,000 slaves were passing through the city each year. Most historians

estimate that between 11 and 18 million African slaves crossed the Red Sea, Indian Ocean, and Sahara Desert from 650 AD to 1900 AD.

Unlike in the Americas, enslaved people in North Africa were mainly servants and soldiers rather than labourers, and a greater number of females than males were taken, who were often employed as servants, forced into prostitution or to become the women of harems. Swiss explorer Johann Burckhardt wrote:

*"I frequently witnessed scenes of the most shameless indecency, which the traders, who were the principal actors, only laughed at. I may venture to state, that very few female slaves who have passed their tenth year, reach Egypt or Arabia in a state of virginity."* It was also not uncommon to turn enslaved males, both African and European, into eunuchs via castration to serve as guardians to the harems.

The tran-Sahara slave trade grow significantly from the 10th to the 15th century, as vast African empires such as Ghana, Mali, Songhai and Kanem-Bornu developed south of the Sahara and marshaled the trade. Arab slave raiders also penetrated south, up the Nile River to present-day Ethiopia, capturing thousands of slaves and sending them down the Nile to Egypt. Over the course of more than a thousand years, the trans-Sahara slave trade saw the movement of at least 10 million enslaved men, women, and children from West and East Africa to North Africa, the Middle East, and India. The slaves and their descendants contributed to the harems, royal household, and armies of the Arab, Turkish, and Persian ruler in those regions.

Also, by the 9th century, seafaring Muslims from Arabia and Persia had made their way down the India Ocean coast of East Africa, obtainning African slaves in ports from Mogadishu (in present-day Mozambique) and covering them to western Asian cities to work. The culture of the East African coastal regions was strongly influenced by Arab and Persian traders, many of whom intermarried with Africans, thus producing the Swahili population established cities and city-states along the East African coast. These cities and states captured or purchased slaves from the East African interior for domestic and agricultural tasks. In the 18th and 19th centuries, as plantation agriculture developed in the region, the East African slave trade increased dramatically.

Between the 7th and the 15th century, the trans-Sahara and East African slave trades spurred the gradual expansion of slavery within Africa. The slave trade contributed to the development of powerful African states on the southern fringes of the Sahara and in the East African interior. The economies of these states were dependent on slave trading. Neighboring states competed with one another for trade, leading to wars, which in turn led to the capture of more slaves. Slave raiding in West, East, and Central Africa became more common and wide-ranging. When European

8

explorers and traders arrived in West Africa beginning in the 15th century, they found and began using well-established slave-trade notworks. While the trans-Sahara and East African slave trades continued until early 20th century, they were overshadowed by the Atlantic slave trade after the 15th century. The Atlantic slave trade dwarfed the trans-Sahara and East African trades in terms of volume of export, impact of African practices of slavery, and lasting efffect on Africa in general.

## Slavery in Benin Kingdom

For example, the forest Kingdom of Benin supplied the Portuguese with captives and the Kingdom expanded in the 1490s, but when the Kingdom stabilized it stopped supplying captives. Similarly, wars waged by the expanding states of Fouta, Djallon, Oyo, Dahomey and Ashanti in the 17th and 18th Centuries produced specific peak of captives for slave into Slavery. In the 18th Century, as European demand grew for products such as sugar, tobacco, rice, indigo, and cotton, and as more North American, South American, the Caribbean lands became available for European use, the need for plantation labor increase. Demand for Slaves exploded, growing between 50,000 and 100,000 a year. From the mid-15[th] Century to the late 19th Century at least 12 million young adult were sent from Africa to the New World as Slaves, some 2 million of them dying en route. Combined with the millions of African Slaves sent to the Mediterranean and Middle East, and the millions more who died in the process of capture, transportation, and detainment within Africa, the total number of productive young Africans lost to the Slave Trade exceeded 20 million.

## Kingdom of Benin

State of West Africa that flourished from 15th to the 17th Century. Its capital was Benin City, in present-day Nigeria. Founded by the Edo or Bini people in the 12th Century, it was ruled by a line of Kings (Obas) who were originally war leaders, but later assumed a more religious character. The extent of the Kingdom is uncertain, but it probably controlled most southern Nigerian in its heyday. From the 16th through the 18th Century the Kingdom traded with European mercahants in palmoil, ivory, pepper, and textiles. Benin also took part in slave trade, although after the early 16th Century the King allowed only females Slaves to be exported. In the 18th Century, French, Portuguese, and Ducth traders opened ports and trading posts along the Benin coast, exchanging weapons for Slaves. The Power of the Kingdom of Benin declined in the 18th and 19th Centuries. The country was annexed to British Nigeria in 1897, became a Colony of French West Africa in 1904, and finally regained independence as the Republic of Benin in 1960.

## Ethnic group

The different ethnic groups brought to the Americas closely corresponds to the regions of heaviest activity in the slave trade. Over 45 distinct ethnic groups were taken to the Americas during the trade. Of the 45, the ten most prominent according to slave documentation of the era are listed below.

1. The BaKongo of the Democratic Republic of Congo and Angola
2. The Mandé of Upper Guinea
3. The Gbe speakers of Togo, Ghana and Benin (Adja, Mina, Ewe, Fon)
4. The Akan of Ghana and Cote d'Ivoire
5. The Wolof of Senegal and the Gambia
6. The Igbo of southeastern Nigeria
7. The Mbundu of Angola (includes both Ambundu and Ovimbundu)
8. The Yoruba of southwestern Nigeria
9. The Chamba of Cameroon
10. The Makua of Mozambique

## Scope of the trade



19th-century engraving of Arab slave-trading caravan transporting African slaves across the Sahara


Dinka slaves.

Historians estimate that between 10 and 18 million Africans were enslaved by Arab slave traders and taken across the Red Sea, Indian Ocean, and Sahara desert between 650 and 1900. To a smaller degree, Arabs also enslaved Europeans. According to Robert Davis between 1 million and 1.25 million Europeans were captured by Barbary corsairs, who were vassals of the Ottoman Empire, and sold as slaves between the 16th and 19th centuries. These slaves were captured mainly from seaside villages from Italy, Spain, Portugal and also from more distant places like France or England, the Netherlands, Ireland and even Iceland. The impact of these attacks was devastating – France, England, and Spain each lost thousands of ships, and long stretches of the Spanish and Italian coasts were almost completely abandoned by their inhabitants. Pirate raids discouraged settlement along the coast until the 19th century.

Sub-Saharan Africa : **African slave trade**



Arab slave traders and their captives along the Ruvuma river (in today's Tanzania and Mozambique), 19th-century engraving.

David Livingstone wrote of the slave trades:

"*To overdraw its evils is a simple impossibility.... We passed a slave woman shot or stabbed through the body and lying on the path. [Onlookers] said an Arab who passed early that morning had done it in anger at losing the price he had given for*

11

*her, because she was unable to walk any longer. We passed a woman tied by the neck to a tree and dead.... We came upon a man dead from starvation.... The strangest disease I have seen in this country seems really to be broken heartedness, and it attacks free men who have been captured and made slaves.*"

Livingstone estimated that 80,000 Africans died each year before ever reaching the slave markets of <u>Zanzibar</u>. Zanzibar was once East Africa's main slave-trading port, and under Omani Arabs in the 19th century as many as 50,000 slaves were passing through the city each year.

The increased presence of European rivals along the East coast led Arab traders to concentrate on the overland slave caravan routes across the <u>Sahara</u> from the <u>Sahel</u> to North Africa. The German explorer <u>Gustav Nachtigal</u> reported seeing slave caravans departing from <u>Kukawa</u> in <u>Bornu</u> bound for <u>Tripoli</u> and <u>Egypt</u> in 1870. The slave trade represented the major source of revenue for the state of Bornu as late as 1898. The eastern regions of the <u>Central African Republic</u> have never recovered demographically from the impact of 19th-century raids from the <u>Sudan</u> and still have a population density of less than 1 person/km². During the 1870s, European initiatives against the slave trade caused an economic crisis in northern Sudan, precipitating the rise of <u>Mahdist</u> forces. <u>Mahdi</u>'s victory created an Islamic state, one that quickly reinstituted slavery.



This painting by <u>Johann Moritz Rugendas</u> depicts a scene below deck of a slave ship headed to Brazil. Rugendas was an eyewitness to the scene.



*The Slave Market* (c. 1884), painting by Jean-Léon Gérôme.

The Arab slave trade from East Africa is one of the oldest slave trades, predating the European transatlantic slave trade by 700 years. Male slaves who were often employed as servants, soldiers, or laborers by their owners, while female slaves, including those from Africa, were long traded to the Middle Eastern countries and kingdoms by Arab and Oriental traders, as concubines and servants. Arab, African and Oriental traders were involved in the capture and transport of slaves northward across the Sahara desert and the Indian Ocean region into the Middle East, Persia, Somalia and the Indian subcontinent.

## Slavery in modern Africa

From approximately 650 until around the 1960s, the Arab slave trade continued in one form or another. Historical accounts and references to slave-owning nobility in Arabia, Yemen and elsewhere are frequent into the early 1920s. In 1953, sheikhs from Qatar attending the coronation of Queen Elizabeth II included slaves in their retinues, and they did so again on another visit five years later.

As recently as the 1950s, Saudi Arabia's slave population was estimated at 450,000 — approximately 20% of the population.  It is estimated that as many as 200,000 Sudanese children and women had been taken into slavery during the Second Sudanese Civil War.  Slavery in Mauritania was legally abolished by laws passed in 1905, 1961, and 1981.  It was finally criminalized in August 2007.  It is estimated that up to 600,000 Mauritanians, or 20% of Mauritania's population, are

13

currently in conditions which some consider to be "slavery", namely many of them used as <u>bonded labour</u> due to poverty.

# The Europeans and the Atlantic slave trade

## The Atlantic slave trade.

The Atlantic slave trade developed after Europeans began exploring and establishing trading post  in the Atlantic (west) coast of Africa in the mid-15[th] century. The first group of  Europeans traders in West Africa was the Portuguese, followed by the British and the French. In the 16th and 17th centuries, these European colonial powers began to purse plantation agriculture in their expanding possessins in the New World (North, Central, and South America, and the Caribbean islands), across the Atlantic Ocean.

As the European demanded grew for products such as sugar, tobacco, rice, indigo, and cotton, and as more New World lands became available for European use, the need for plantation labor increases. West and West Central African states, already involved in slave trading supplied the Europeans with African slaves for export across the Atlantic.

The Africans who facilitated an benefited from the Atlantic slave trade were poitical or commercial elites-generally members of the rulling apparatus of African states or members of  large trading families or institutions. African sellers captured slaves and brought them to market on the coast. At these markets European and American buyers paid for the slave with commodities-including cloth, iron, firearms, liquor, and decorative items-that were useful to the sellers. Slaves sellers were mostly male, and they used their increased wealth to enchance their prestige and connect themselves, through marriage, to other wealthy families in their realms.

From the mid-15[th] to the late-19[th] century, Europeans and American slave traders purchased approximately 12 million slaves from West and West Central Africa. A small percentage of these slaves, particularly in the early years of the trade, were sent to Europe, especially so Spain and Portugal. Most, however, were shipped across to the Atlantic for sale in Portuguese-administered Brazil; the British, French, Dutch, and Danish islands of the Caribbean; Spanish-controlled South and Central America; and the British North America mainland (later the United States and Canada). The Atlantic crossing, known as the Middle Passage, was nightmarish for slaves, who were poorly fed, subjected to abuses at the hands of the crew, and confined to cramped storage holds in which diseases spread easily. Historians estimate that between 1.5and 2 million slaves died during the journey to the New World.

14

The Atlantic slave trade differed from previous practices of slavery and slave trading in Africa in its huge scope and its importance to the economies of world powers. While traditional African slavery was practiced largely to help African communities produce food and goods for prestige, slave labor on European plantations in the New World was crucial to the economies of the colonial powers. This global economies demand for African slaves altered African practices of slavery. In much of Africa, slavery became more central, structural element of African life, as ruler and wealthy elites sought to accumulate more and more slaves, for sale as well as for their own use. In addition to the systematic and institutional practice of slave raiding, other practices were introduced in African states to bring in even more slaves, including enslavement as punishment for crimes and religious wrongdoing. As a result, by the 19th century vast number of black Africans in West and Central Africa faced the treat of being enslaved.

Britain played a prominent role in the <u>Atlantic slave trade</u>, especially after 1600. Slavery was a legal institution in all of the 13 <u>American colonies</u> and Canada (acquired by Britain in 1763). The profits of the slave trade and of <u>West Indian</u> plantations amounted to 5% of the <u>British economy</u> at the time of the <u>Industrial Revolution</u>. In 1785, English poet <u>William Cowper</u> wrote:

*"We have no slaves at home – Then why abroad? Slaves cannot breathe in England; if their lungs receive our air, that moment they are free. They touch our country, and their shackles fall. That's noble, and bespeaks a nation proud. And jealous of the blessing. Spread it then, And let it circulate through every vein."*

# Netherlands

Although slavery was illegal inside the <u>Netherlands</u> it flourished in the Dutch Empire, and helped support the economy. By 1650 the Dutch had the pre-eminent slave trade in Europe. They were overtaken by Britain around 1700. Historians agree that in all the Dutch shipped about 550,000 African slaves across the Atlantic, about 75,000 of whom died on board before reaching their destinations. From 1596 to 1829, the Dutch traders sold 250,000 slaves in the Dutch Guianas, 142,000 in the Dutch Caribbean islands, and 28,000 in Dutch Brazil. In addition, tens of thousands of slaves, mostly from India and some from Africa, were carried to the Dutch East Indies.

# Enslaved Africans

Admiral Sir John Hawkins of Plymouth, a notable Elizabethan seafarer, is widely acknowledged to be "the Pioneer of the English Slave Trade". In 1554–1555, Hawkins formed a slave trading syndicate of wealthy merchants. He sailed with three ships for the Caribbean via Sierra Leone, hijacked a Portuguese slave ship and sold the 300 slaves from it in Santo Domingo. During a second voyage in 1564, his crew captured 400 Africans and sold them at Rio de la Hacha in present-day Colombia, making a 60% profit for his financiers. A third voyage involved both buying slaves directly in Africa and capturing a Portuguese ship with its cargo; upon reaching the Caribbean, Hawkins sold all the slaves. On his return, he published a book entitled *An Alliance to Raid for Slaves*. Though Britain was a leader in the Atlantic slave trade, almost all of the slaves concerned were transported from Africa to the Americas and never saw the British Isles. Of those who did arrive in Britain, most worked as household servants.

## Footnote

*If we were to drive out the English with the weapons with which they enslaved us, our slavery would still be with us even when they have gone.* **Mahatma Gandhi**.

## Triangular Trade


The three way trade in the North Atlantic.

## Triangular trade

By the 18th century, the slave trade became a major economic mainstay for such cities as Bristol and Liverpool, engaged in the so-called "Triangular trade". The ships set out from England, loaded with trade goods which were exchanged on the West African shores for slaves captured by local rulers from deeper inland; the slaves were transported through the infamous "middle passage" across the Atlantic, and were sold at considerable profit for labour in plantations. The ships were loaded with export crops and commodities, the products of slave labour, such as sugar and rum, and returned to England to sell the items.

## The Isle of Man

The Isle of Man was involved in the transatlantic African slave trade. Goods from the slave trade were bought and sold on the Isle of Man, and Manx merchants, seamen, and ships were involved in the trade.

# Germany

Germany's connections with slavery are a little complicated to work out. Gerany as a unified political entity in the 15th century did not exist. The Holy Roman Empire was a lose confedertion under the Hapsburg (Austrian) emperor which was to fracture further during the Reformation (16th century). German states did not have American colonies or Atlantic navies. This was complicated somewhat with the acession to power of Charles V. His domains included Spain. Thus at a critical period in the development of the African slave trade, Spain was ruled by an essentially Austrian (German) emperor. Charles V substantially expanded the Atlantic slve trade. He granted a Flemish courtier Lorenzo de Gorrevod authority to ship 4,000 captive Africans to the America (1518). This was the beginning in earnest of the slave trade. From this point thousands of captive Africans are shipped annually to the New World. The Reformation begins in Germany when Martin Luther nails his "95 Thesis" to a church door. This does not immediately affect the slave trade, but it does affect the European political situation and in the 19th century, Protestant churches would become a major force in the anti-slavery movement. Hieronymous Seiler and Heinrich Ehinger from Konstanz are the first Germans known to be involved in the slave trade. (1526)

**1596**

- **11 July 1596:** Queen Elizabeth I of England sends a letter complaining that 'there are of late divers blackmoores brought into this realme, of which kinde of people there are allready here to manie ... Her Majesty's pleasure therefore ys that those kinde of people should be sent forth of the lande". Accordingly, a group of slaves were rounded up and given to a German slave trader, Caspar van Senden, in 'payment' for duties he had performed.

## Scotland

A group of Africans were brought to the court of King James IV of Scotland (1504). They are believed to have been eslaved Africans taken from a captured Portuguese vessel. Independent Scotland did play a role in African slave trade. It did not have a significant navy or American colonies. Efforts by Scotts to found American colonies failed disasterously. Scottish financeers did play a role in slavery after the Act of Union (1707) which joined England and Scotland to create the United Kingdom. One provision the Scottish Parliament insisted on was access to the growing English overseas empire where at the time, especially in the Caribbean, slavery was a major factor.

## Denmark and Norway

The slave trade was formally prohibited in 1830 and slavery itself was only abolished in 1888.



As with the Netherlands the kingdom of Denmark/Norway did not have many colonies and was involved mainly in the trade of slaves through its forts on the Gold Coast of Ghana (the most famous one being Fort Fredensborg in Fetu). It was also actively shipping slaves across to the Caribbean. It is estimated that around 85,000 enslaved Africans were shipped on Danish boats between 1669 and 1806. Although Denmark/Norway was the first European country to abolish the exports of slaves (1803), it wasn't until 3 July 1848 that slavery was abolished in the Danish West Indian colonies (now the US Virgin Islands)



# Swedish Slave Trade

The **Swedish slave trade** occurred in the early history of Sweden, and again during the 17th century, around the time Swedish overseas colonies were established in North America (1638) and in Africa (1650). It remained legal until 1813. Sweden had treaties with England and France concerning slave trade, with Swedish vessels involved in the trans-Atlantic slave trade. Between 1784 and 1878, the country held minor colonies in the Caribbean. The Swedish island Saint-Barthélemy functioned as a duty free port and became a major center for the Caribbean slave trade. Slaves were brought in tax free by both Swedish and foreign vessels and the Swedish authorities made a profit by collecting an export tax when slaves were shipped out. Sweden was also a major supplier of iron chains used in the slave trade.

In 1650, Sweden established trading stations along the West African coast, with bases in an area called the Swedish Gold Coast which was later a part of the West African Gold Coast, and which is today part of Ghana, Sweden and Denmark were competing for positions as regional powers during this period, and the Danes followed the Swedes to Africa, setting up stations a couple of years later. In 1663, the Swedish Gold Coast was taken over by the Danish colonial power and became part of the Danish Gold Coast.. Swedish trading stations reappeared in the 18th century, when Sweden established a colonial presence in the Caribbean.

# Northern Ireland

While there was opposition to slavery across the island there were also men who made fortunes out of the exploitation of slaves. Part of Belfast's commercial and industrial advances of the time were linked to trade with the slave economies of the West Indies.

Waddell Cunningham, founding president of the Belfast Chamber of Commerce and first president of the Harbour Board, numbered among those who made fortunes from slavery and tried to set up a slave company in Belfast.

A player in the trading of West Indian commodities, not only did he deal in the produce of slave labour but he was intimately involved in the trading of slaves within the islands of the Caribbean. ( See attached report for more details).

## The Irish and the Atlantic slave trade

It was the Stuarts who introduced the Irish to the slave trade. Charles II returned to the throne in 1660 at a time when it was becoming clear that sugar plantations were as valuable as gold-mines. The Royal Africa Company (RAC) was established to supply slaves to the British West Indies in order to extend production. Irish names can be found among those working for the RAC.

## The West Indies

Across the Atlantic, in the Caribbean, a group of second-generation Irish emigrants were making fortunes from buying and selling slaves. Since the seventeenth century the Irish had been settling in the Leewards, a string of physically varied and politically diverse islands. Their first choice was St Kitts, until 1713 divided into French and British sectors, and within easy reach of Dutch St Eustatius, a volcanic peak known as the 'golden rock' because of its fame as a smugglers' haven.  Slaves were arriving in huge numbers into the Leewards in the eighteenth century. A Cork man working as an overseer in Antigua in the 1770s, and writing later to defend the trade, described the arrival of the Guinea ships with slaves dancing, gay, hung with glass beads, as if celebrating a festival. He declared that 'There are one thousand of Irishmen . . . who have been spectators of the merriment'.

The Blairs, now with funds to invest, were quick to buy land in Demerara and stock it with slaves to develop sugar plantations. In 1833 Westminster emancipated the slaves, paying out £20 million in compensation to the plantation-owners for the loss of their human property. James Blair received £83,530-8-11 for his 1,598 slaves. He thus claimed for more slaves and received more money than any other slave-owner in the British Empire.

## Joe O'Shea Report

The Irish hold a unique place in the history of the history of trans-Atlantic slave trade. Transported to the West Indies as indentured labor after the Cromwellian conquest or enthusiastically profiting form the inhuman triangular trade between Europe, Africa and the Sugar Islands, cast as victims and villains as circumstances changed. And over two two centuries of the Atlantic slave trade, Irish merchants, seamen and financiers built vast dynastic fortunes at home and abroad. ( See attached report for more details).

# **Belgium**

King Léopold II. (AKA King Léopold II of Belgium).
**Country:** Belgium, Congo Free State (present-day Democratic Republic of Congo).
From 1869 to 1874, Stanley was secretly sent by Léopold II to the Congo region.
**Henry Morton Stanley** -- A naturalized American (born in Wales) who of all the explorers of Africa is the one most closely connected to the start of the Scramble for Africa. Stanley had crossed the continent and located the 'missing' Livingstone, but he is more infamously known for his explorations on behalf of King Leopold II of Belgium. Leopold hired Stanley to obtain treaties with local chieftains along the course of the River Congo with an eye to creating his own colony (Belgium was not in a financial position to fund a colony at that time). Stanley's work triggered a rush of European explorers, such as Carl Peters, to do the same for various European countries.
By1882 had sufficient territory to form the basis of the Congo Free State. Léopold II personally owned the colony from 1885 and used it as a source of ivory and rubber. By 1890 the Congo Free State had consolidated its control of its territory between Leopoldville and Stanleyville and was looking to push south down the Lualaba River from Stanleyville.
In 1891 Leopold sent four CFS expeditions. The Le Marinel Expedition could only extract a vaguely worded letter. The Delcommune Expedition was rebuffed. The well-armed Stairs Expedition had orders to take Katanga with or without Msiri's consent; Msiri refused, was shot, and the expedition cut off his head and stuck it on a pole as a "barbaric lesson" to the people. The Bia Expedition finished off the job of establishing an administration of sorts and a "police presence" in Katanga.


Footnote

Whenever I hear anyone arguing for slavery, I feel a strong impulse to see it tried on him personally.

ABRAHAM LINCOLN, speech, Mar. 17, 1865


Slavery is theft -- theft of a life, theft of work, theft of any property or produce, theft even of the children a slave might have borne.

KEVIN BALES, *Understanding Global Slavery*

# Humanitarian disaster

Mutilation



Congolese children and wives whose fathers failed to meet rubber collection quotas were often punished by having their hands cut off.

Nsala, of the district of Wala, looking at the severed hand and foot of his five-year old daughter, Boali, who was killed and allegedly cannibalized by the members of Anglo-Belgian India Rubber Company (A.B.I.R.) militia. Source: E. D Morel, King Leopold's rule in Africa, between pages 144 and 145.

Failure to meet the rubber collection quotas was punishable by death. Meanwhile, the Force Publique were required to provide a hand of their victims as proof when they had shot and killed someone, as it was believed that they would otherwise use the munitions (imported from Europe at considerable cost) for hunting food. As a consequence, the rubber quotas were in part paid off in chopped-off hands. Sometimes the hands were collected by the soldiers of the Force Publique, sometimes by the villages themselves. There were even small wars where villages attacked neighbouring villages to gather hands, since their rubber quotas were too unrealistic to fill.

One junior white officer described a raid to punish a village that had protested. The white officer in command 'ordered us to cut off the heads of the men and hang

them on the village palisades ... and to hang the women and the children on the palisade in the form of a cross.' After seeing a Congolese person killed for the first time, a Danish missionary wrote: 'The soldier said "Don't take this to heart so much. They kill us if we don't bring the rubber. The Commissioner has promised us if we have plenty of hands he will shorten our service."' In Forbath's words:

In theory, each right hand proved a killing. In practice, soldiers sometimes "cheated" by simply cutting off the hand and leaving the victim to live or die. More than a few survivors later said that they had lived through a massacre by acting dead, not moving even when their hands were severed, and waiting till the soldiers left before seeking help. In some instances a soldier could shorten his service term by bringing more hands than the other soldiers, which led to widespread mutilations and dismemberment.

## Death toll

A reduction of the population of the Congo is noted by all who have compared the country at the beginning of Leopold's control with the beginning of Belgian state rule in 1908, but estimates of the deaths toll vary considerably. Estimates of contemporary observers, as well as some modern scholars (such as Jan Vansina, professor emeritus of history and anthropology at the University of Wisconsin), suggest that the population decreased by half during this period. Others dispute this; the scholars at the Royal Museum for Central Africa in Tervuren, Belgium, find a decrease of 15% over the first forty years of colonial rule (up to the census of 1924).

According to British diplomat Roger Casement, this depopulation had four main causes: "indiscriminate war", starvation, reduction of births and diseases. Sleeping sickness ravaged the country and was used by the regime to account for demographic decrease. Opponents of King Leopold's rule stated, however, that the administration itself was to be considered responsible for the spreading of the epidemic. One of the greatest specialists on sleeping sickness, P.G. Janssens, Professor at the Ghent University, wrote:

*"It seems reasonable to admit the existence on the territories of the Congo Free State, of French Congo and Angola of a certain number of permanent sources that have been put again in activity by the brutal changement of ancestral conditions and ways of life that has accompanied the occupation of the territories".*

In the absence of a census (the first was taken in 1924) to provide even an opening figure, it is impossible to quantify population changes in the period. Despite this,

Forbath claimed the loss was at least 5 million; Adam Hochschild, and Isidore Ndaywel è Nziem, 10 million; and Fredric Wertham, 22 million. However no verifiable records exist. Louis and Stengers state that population figures at the start of Leopold's control are only "wild guesses", while calling E.D. Morel's attempt and others at coming to a figure for population losses as "but figments of the imagination". To put these population changes in context sourced references state that in 1900, Africa had between 90 million and 133 million people.

In the 1920s, about 20,000 forced labourers died building a railroad through the French territory.

**The Atlantic slave trade peaked in the late 18th century, when the largest number of slaves were captured on raiding expeditions into the interior of West Africa. These expeditions were typically carried out by African kingdoms, such as the Oyo empire (Yoruba), Kong Empire, Kingdom of Benin, Kingdom of Fouta Djallon, Kingdom of Fouta Tooro, Kingdom of Koya, Kingdom of Khasso, Kingdom of Kaabu, Fante Confederacy, Ashanti Confederacy, Aro Confederacy and the kingdom of Dahomey.**

# Brazil

 History of slavery in Brazil and Bandeirantes



Slavery in Brazil, Jean Baptiste Debret.



A Guaraní family captured by Indian slave hunters. By Jean Baptiste Debret

Slavery was a mainstay of the Brazilian colonial economy, especially in mining and sugar cane production. Brazil obtained 38% of all African slaves traded, and more than 3 million slaves were sent to this one country. Starting around 1550, the Portuguese began to trade African slaves to work the sugar plantations, once the native Tupi people deteriorated. Although Portuguese Prime Minister Marquês de Pombal abolished slavery in mainland Portugal on 12 February 1761, slavery continued in her overseas colonies. Slavery was practiced among all classes. Slaves were owned by upper and middle classes, by the poor, and even by other slaves.

By 1802 Russian colonists noted that "Boston" (U.S.-based) skippers were trading African slaves for otter pelts with the Tlingit people in Southeast Alaska



Peter, a slave from Baton Rouge, Louisiana, 1863.

25

The scars are a result of a <u>whipping</u> by his overseer, who was subsequently discharged. It took two months to recover from the beating. The pattern of scarring seen here is highly suggestive of <u>keloid</u> formation.

## **Slavery In Canada**

<u>Slavery</u> in what now comprises <u>Canada</u> existed into the 1830's, when slavery was officially abolished. Some slaves were of <u>African</u> descent, while others were <u>aboriginal</u> (typically called *panis*, likely a corruption of <u>Pawnee</u>). Slavery within Canada's current geography was practised primarily by Aboriginal groups. While there was never any significant Canadian trade in African slaves, native nations frequently enslaved their rivals and a very modest number (sometimes none in a number of years) were purchased by colonial administrators (rarely by settlers) until 1833, when the slave trade was abolished across the British Empire.

A few thousand African slaves were forcibly brought as chattel by Europeans to New France, Acadia and the later British North America (see <u>chattel slavery</u>) during the 17th century. They were house servants and farm workers. There were no large-scale plantations in Canada, and therefore no large-scale plantation slave work forces of the sort that existed in most European colonies in the Americas, from Virginia to the West Indies to Brazil.

Because early Canada's role in the trans-Atlantic slave trade was so minor, the history of slavery in Canada is often overshadowed by the more tumultuous slavery practised elsewhere in the Americas - most famously in the American South, and infamously in the colonial Caribbean. <u>Afua Cooper</u> states that slavery is, "Canada's best kept secret, locked within the National closet."

## <u>Under indigenous rule</u>

Slave-owning people of what became Canada were, for example, the fishing societies, such as the <u>Yurok</u>, that lived along the Pacific coast from Alaska to California. Many of the <u>indigenous peoples of the Pacific Northwest Coast</u>, such as the <u>Haida</u> and <u>Tlingit</u>, were traditionally known as fierce warriors and slave-traders, raiding as far as California. Slavery was hereditary, the slaves being <u>prisoners of war</u> and their descendants were slaves.

## **Under French rule** ; Slavery in New France

In 1628 the first recorded slave in Canada was brought by a British Convoy to New France. Olivier le Jeune was the name given to the boy originally from

Madagascar. His given name resonates with the <u>Code Noir</u>. Although loosely established, the Code Noir forced baptisms and decreed the conversion of all slaves to Catholicism.

By 1688, New France's population was 11,562 people, made up primarily of fur traders, missionaries, and farmers settled along the St. Lawrence Valley. To help overcome its severe shortage of servants and labourers, King Louis XIV granted New France's petition to import black slaves from West Africa. While slavery was prohibited in France, it was permitted in its colonies as a means of providing the massive labour force needed to clear land, construct buildings and (in the Caribbean colonies) work sugar plantation. New France soon established its own 'Code Noir,' defining the control and management of slaves. The Code in 1685 set the pattern for policing slavery. It required that all slaves be instructed as Catholics and not as Protestants. It concentrated on defining the condition of slavery, and established harsh controls. Slaves had virtually no rights, though the Code did enjoin masters to take care of the sick and old. The blacks were usually called "servants," and the harsh gang system was not used. Death rates among slaves were high.

## Under British rule

Black slaves lived in the British regions of Canada in the 17th and 18th centuries — 104 were listed in a 1767 census of Nova Scotia, but their numbers were small until the <u>United Empire Loyalist</u> influx after 1783. As white Loyalists fled the new American Republic, they took with them about 2000 black slaves: 1200 to the Maritimes (<u>Nova Scotia</u>, <u>New Brunswick</u>, and <u>Prince Edward Island</u>), 300 to Lower Canada (<u>Quebec</u>), and 500 to Upper Canada (<u>Ontario</u>). The Imperial Act of 1790 assured prospective immigrants that their slaves would remain their property. As under French rule, Loyalist slaves were held in small numbers and were employed as domestic servants, farm hands, and skilled artisans.

<u>Footnote</u>

*Slavery is no more sinful, by the Christian code, than it is sinful to wear a whole coat, while another is in tatters, to eat a better meal than a neighbor, or otherwise to enjoy ease and plenty, while our fellow creatures are suffering and in want.*

*JAMES FENIMORE COOPER, The American Democrat*

# Slavery in the United States

Slavery in the United States, the institution of slavery as it existed in the United States from the early 17th century until 1865. Slavery played a central role in the history of the United States. It existed in all English mainland Colonies adn came to dominante agricultural production on the States from Maryland South. Eight of the first 12 president of the United States were slaveowners. Dabate over slavery increasingly dominated American politics, leading eventually to the American Civl War (1861-1865), which finally brought slavery to an end. After emancipation, overcoming slavery's legacy remained a crucial issue in American history, from Reconstruction following the war to the civil rights movement a century later.

## Growth of Slavery

Slavery expanded rapidly, along with the United States. Fuelded by a surging world demand for cotton and the 1793 invention of the cotton gin, which effeciently separated the cotton seeds from the fiber, cotton cultivation spread rapidly westward. By 1830s, Alabama, Mississipi, and Louisiana formed the hearth of a new cotton Kingdom, producing more than half of the nation's supply crop. The great bulk of this cotton was cultivated by slaves. Between 1790 and 1860, about one million slaves were moved west, almost twice the number of Africans shipped to the United States during the whole period of the transatlantic slave trade. Some slaves moved with their master and others moved as part of a new domestic trade in which owners from the seaboard states sold slaves to planters in the cotton-growing states of the Southwest.

Most able-bodies adult slave engaged in field work. Owners relied heavily on children, the elderly, and the infirm for "nonproductive" work such as house service; only the largest plantations could spare healthy adults for exclusive assignment to specialized occupations. The main business of Southern farms and plantations, and of the slaves who supported them, was to grow cotton, tobacco, rice, corn, wheat, hemp, and sugar.

## Emancipation

Beginning in the early 1800's, efforts to aboish Slavery mounted. The last boatload of Slaves sent from Ouidah to the United States arrived in Mobile Alabama, in July 1860. Their servitude, however, was short-lived, for the U.S. government issued the Emacipation Proclamation in 1863. Slavery finally came to an end in the Western Hemisphere in 1888 when Brazil abolish the practise.

# Islam And Slavery

In the Qur'an, the Islamic prophet Muhammad (S.A.W ), and the overwhelming majority of Islamic jurists and theologians, all stated that humankind has a single origin and rejected the idea of certain ethnic groups being superior to others. According to the *hadiths*:

*"There is no superiority for an Arab over a non-Arab and for a non-Arab over an Arab, nor for the white over the black nor for black over the white except in piety"*. —Prophet Muhammad.

## Apologies

In 1998, UNESCO designated August 23 as International Day for the Remembrance of the Slave Trade and its Abolition. Since then there have been a number of events recognizing the effects of slavery.

On 9 December 1999 Liverpool City Council passed a formal motion apologising for the City's part in the slave trade. It was unanimously agreed that Liverpool acknowledges its responsibility for its involvement in three centuries of the slave trade. The City Council has made an unreserved apology for Liverpool's involvement and the continual effect of slavery on Liverpool's Black communities.

At the 2001 World Conference Against Racism in Durban, South Africa, African nations demanded a clear apology for slavery from the former slave-trading countries. Some nations were ready to express an apology, but the opposition, mainly from the United Kingdom, Portugal, Spain, the Netherlands, and the United States blocked attempts to do so. A fear of monetary compensation might have been one of the reasons for the opposition. As of 2009, efforts are underway to create a UN Slavery Memorial as a permanent remembrance of the victims of the Atlantic slave trade.

On January 30, 2006, Jacques Chirac (the then French President) said that 10 May would henceforth be a national day of remembrance for the victims of slavery in France, marking the day in 2001 when France passed a law recognising slavery as a crime against humanity.

On November 27, 2006, then British Prime Minister Tony Blair made a partial apology for Britain's role in the African slavery trade. However African rights activists denounced it as "empty rhetoric" that failed to address the issue properly. They feel his apology stopped shy to prevent any legal retort. Mr Blair again apologized on March 14, 2007.

On February 24, 2007 the Virginia General Assembly passed House Joint Resolution Number 728 acknowledging "with profound regret the involuntary servitude of Africans and the exploitation of Native Americans, and call for reconciliation among all Virginians." With the passing of that resolution, Virginia became the first of the 50 United States to acknowledge through the state's governing body their state's involvement in slavery. The passing of this resolution came on the heels of the 400th anniversary celebration of the city of Jamestown, Virginia, which was the first permanent English colony to survive in what would become the United States. Jamestown is also recognized as one of the first slave ports of the American colonies.

On May 31, 2007, the Governor of Alabama, Bob Riley, signed a resolution expressing "profound regret" for Alabama's role in slavery and apologizing for slavery's wrongs and lingering effects. Alabama is the fourth Southern state to pass a slavery apology, following votes by the legislatures in Maryland, Virginia, and North Carolina.

On August 24, 2007, Ken Livingstone (then Mayor of London) apologized publicly for London's role in the slave trade. "You can look across there to see the institutions that still have the benefit of the wealth they created from slavery", he said pointing towards the financial district, before breaking down in tears. He claimed that London was still tainted by the horrors of slavery. Jesse Jackson praised Mayor Livingstone, and added that reparations should be made.

On July 30, 2008, the United States House of Representatives passed a resolution apologizing for American slavery and subsequent discriminatory laws. The language included a reference to the "fundamental injustice, cruelty, brutality and inhumanity of slavery and Jim Crow" segregation.

On June 18, 2009, the United States Senate issued an apologetic statement decrying the "fundamental injustice, cruelty, brutality, and inhumanity of slavery". The news was welcomed by President Barack Obama, the nation's first President of African descent.

In 2009, the Civil Rights Congress of <u>Nigeria</u> has written an open letter to <u>African chieftains</u> calling for an apology for their role in the Atlantic slave slave: "We cannot continue to blame the white men, as Africans, particularly the traditional rulers, are not blameless. In view of the fact that the Americans and Europe have accepted the cruelty of their roles and have forcefully apologised, it would be logical, reasonable and humbling if African traditional rulers ... [can] accept blame and formally apologise to the descendants of the victims of their collaborative and exploitative slave trade."

Thursday, 15 February 2007, 17:34 GMT By Arthur Strain BBC News,  Peter Hain has apologised for the involvement in the slave trade of  Northern Ireland, or as it was back then, simply Ireland.

# <u>Statutory Violations</u>

It is submitted that Slavery and Slave Trade constitute an act of :

1. War Crime under 18 U S C subsection 2441.  **TITLE 18. CRIMES AND CRIMINAL**
**PROCEDURE  PART I. CRIMES CHAPTER 118. WAR CRIMES § 2441. War crimes**

**(a)** Offense. Whoever, whether inside or outside the United States, commits a war crime, in any of the circumstances described in subsection (b), shall be fined under this title or imprisoned for life or any term of years, or both, and if death results to the victim, shall also be subject to the penalty of death.

**(b)** Circumstances. The circumstances referred to in subsection (a) are that the person committing such war crime or the victim of such war crime is a member of the Armed Forces of the United States or a national of the United States (as defined in section 101 of the Immigration and Nationality Act [8 USCS § 1101]).
**(c)** Definition.
As used in this section the term "war crime" means any conduct—

**(1)**defined as a grave breach in any of the international conventions signed at Geneva 12 August 1949, or any protocol to such convention to which the United States is a party;

**(2)** prohibited by Article 23, 25, 27, or 28 of the Annex to the Hague Convention IV, Respecting the Laws and Customs of War on Land, signed 18 October 1907;

**(3)** which constitutes a grave breach of common Article 3 (as defined in subsection (d)) when committed in the context of and in association with an armed conflict not of an international character; or

The US War Crimes Act (1996), as amended by the Military Commissions Act (2006), which was passed by Congress following the Supreme Court's decision in *Hamdan v. Rumsfeld* in 2006, changed the definition of "war crime" in relation to common Article 3 of the 1949 Geneva Conventions.


**Common Article 3 Violations is described as follows:—**

(1) **Prohibited conduct.—** In subsection (c)(3), the term "grave breach of common Article 3" means any conduct (such conduct constituting a grave breach of common Article 3 of the international conventions done at Geneva August 12, 1949), as follows:

(A) **Torture.—** The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.

(B) **Cruel or inhuman treatment.—** The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.

Basis for the war crimes listed above

These are violations of customary international law, listed as war crimes in the Statute of the International Criminal Court.


Other serious violations of international humanitarian law committed during a non-international armed conflict are described as follows:

32

- torture or inhuman treatment, including biological experiments;
- willfully causing great suffering or serious injury to body or health;
- extensive destruction or appropriation of property, not justified by military necessity and carried out unlawfully and wantonly;
- willfully depriving a prisoner of war or other protected person of the rights of a fair and regular trial;
- unlawful deportation or transfer;
- unlawful confinement;
- slavery and deportation to slave labor;
- collective punishments;
- the practice of apartheid or other inhuman or degrading practices involving outrages on personal dignity based on racial discrimination;
- violence to life and person, in particular murder of all kinds, mutilation, cruel treatment and torture;
- committing outrages upon personal dignity, in particular humiliating and degrading treatment;
- seizing property of the adverse party not required by military necessity;
- making civilian objects the object of attack;

2. Similarly, **Article 147 of the Fourth Geneva Convention** which defines war crimes as: *"Willful killing, torture or inhuman treatment, including...willfully causing great suffering or serious injury to body or health, unlawful deportation or transfer or unlawful confinement of a protected person, compelling a protected person to serve in the forces of a hostile power, or willfully depriving a protected person of the rights of fair and regular trial,...taking of hostages and extensive destruction and appropriation of property, not justified by military necessity and carried out unlawfully and wantonly."*

3. At the same time, Slavery and Slave Trade constitute an act of Crime of Aggression under the Rome Statue of the International Criminal Court.

## Definition of the crime of aggression:

Article 8 *bis* adopted in Kampala defines the individual crime of aggression as the planning, preparation, initiation or execution by a person in a leadership position of an act of aggression. Importantly, it contains the threshold requirement that the act

of aggression must constitute a manifest violation of the Charter of the United Nations. Under the Statute, the definition of "crime of aggression" is stated as follows:

**Article 8 bis**

1. For the purpose of this Statute, "crime of aggression" means the planning, preparation, initiation or execution, by a person in a position effectively to exercise control over or to direct the political or military action of a State, of an act of aggression which, by its character, gravity and scale, constitutes a manifest violation of the Charter of the United Nations.

2. For the purpose of paragraph 1, "act of aggression" means the use of armed force by a State against the sovereignty, territorial integrity or political independence of another State, or in any other manner inconsistent with the Charter of the United Nations. Any of the following acts, regardless of a declaration of war, shall, in accordance with United Nations General Assembly resolution 3314 (XXIX) of 14 December 1974, qualify as an act of aggression:

4. Furthermore, Slavery and Slave Trade constitute an act of Crime Against Humanity.

Crimes Against Humanity Definition:

An international criminal justice offence; the perpetration of acts of war upon a civilian, non-soldier population.

A term used by, within and as so defined by the International Criminal Court treaty and including any of the following acts when committed as part of a widespread or systematic attack directed against any civilian population, with knowledge of the attack:

- Murder;
- Extermination;
- Enslavement;
- Deportation or forcible transfer of population;
- Imprisonment or other severe deprivation of physical liberty in violation of fundamental rules of international law;

- Torture;
- Rape, sexual slavery, enforced prostitution, forced pregnancy, enforced sterilization, or any other form of sexual violence of comparable gravity;
- Persecution against any identifiable group or collectivity on political, racial, national, ethnic, cultural, religious, gender, (...) or other grounds that are universally recognized as impermissible under international law (...)
- Enforced disappearance of persons;
- The crime of apartheid;
- Other inhumane acts of a similar character intentionally causing great suffering, or serious injury to body or to mental or physical health.

## The treaty definition includes the following points of clarification:

- 'Attack directed against any civilian population' means a course of conduct involving the multiple commission of acts ... against any civilian population, pursuant to or in furtherance of a State or organizational policy to commit such attack;
- 'Extermination' includes the intentional infliction of conditions of life, *inter alia* the deprivation of access to food and medicine, calculated to bring about the destruction of part of a population;
- 'Enslavement' means the exercise of any or all of the powers attaching to the right of ownership over a person and includes the exercise of such power in the course of trafficking in persons, in particular women and children;
- 'Deportation or forcible transfer of population' means forced displacement of the persons concerned by expulsion or other coercive acts from the area in which they are lawfully present, without grounds permitted under international law;
- 'Torture' means the intentional infliction of severe pain or suffering, whether physical or mental, upon a person in the custody or under the control of the accused; except that torture shall not include pain or suffering arising only from, inherent in or incidental to, lawful sanctions
- 'Forced pregnancy' means the unlawful confinement of a woman forcibly made pregnant, with the intent of affecting the ethnic composition of any population or carrying out other grave violations of international law. This definition shall not in any way be interpreted as affecting national laws relating to pregnancy;

- 'Persecution' means the intentional and severe deprivation of fundamental rights contrary to international law by reason of the identity of the group or collectivity;
- 'The crime of apartheid' means inhumane acts ... committed in the context of an institutionalized regime of systematic oppression and domination by one racial group over any other racial group or groups and committed with the intention of maintaining that regime; and
- 'Enforced disappearance of persons' means the arrest, detention or abduction of persons by, or with the authorization, support or acquiescence of, a State or a political organization, followed by a refusal to acknowledge that deprivation of freedom or to give information on the fate or whereabouts of those persons, with the intention of removing them from the protection of the law for a prolonged period of time.

5. However, The Canadian *Crimes against Humanity and War Crimes Act* defines; "Crimes Against Humanity" as:

"... murder, extermination, enslavement, deportation, imprisonment, torture, sexual violence, persecution or any other inhumane act or omission that is committed against any civilian population or any identifiable group and that, at the time and in the place of its commission, constitutes a crime against humanity according to customary international law or conventional international law or by virtue of its being criminal according to the general principles of law recognized by the community of nations, whether or not it constitutes a contravention of the law in force at the time and in the place of its commission."

Historically, war was considered a blatant spite of law and historically, it was taken for granted that no rule of law applied during war and that as such, it was no crime to attact a cicvilian population.

It was the awareness of actions of several politicians and commanders-in-chief of their respective governments, such as Adolph Hitler's (shown), that brought the world to define crimes against humanity and to try to limit the horror of war as upon and between professional soldiers only.

6. At the same time, Slavery and Slave Trade also constitute an act of Genocide.

## Definitions

By 'genocide' we mean the destruction of an <u>ethnic group</u> . . . . Generally speaking, genocide does not necessarily mean the immediate destruction of a nation, except when accomplished by mass killings of all members of a nation. It is intended rather to signify a coordinated plan of different actions aiming at the destruction of essential foundations of the life of national groups, with the aim of annihilating the groups themselves. The objectives of such a plan would be disintegration of the political and social institutions, of culture, language, national feelings, religion, and the economic existence of national groups, and the destruction of the personal security, liberty, health, dignity, and even the lives of the individuals belonging to such groups . . .. (Axis Rule in Occupied Europe ix. 79) Raphael Lemkin, 1944.

The crime of genocide should be recognized therein as a conspiracy to exterminate national, religious or racial groups. The overt acts of such a conspiracy may consist of attacks against life, liberty or property of members of such groups merely because of their affiliation with such groups. The formulation of the crime may be as follows: "Whoever, while participating in a conspiracy to destroy a national, racial or religious group, undertakes an attack against life, liberty or property of members of such groups is guilty of the crime of genocide. (Genocide, American Scholar, Volume 15, no. 2 (April 1946), p. 227-230) Raphael Lemkin, 1946.

Genocide is the mass murder of as many people as possible on the basis of born national, ethnic, racial or religious identity as such; with intent to eliminate the targeted group entirely and internationally; without allowing the victims any option to change views, beliefs or allegiances to save themselves; and with large-scale accomplished fulfilment of the goal. Genocide leaves in its wake an extinct or nearly extinct group within the territory under the control of the perpetrators. <u>Dovid Katz</u>, 2009.

Article 6 of the Rome Statute provides that : 'genocide' means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such (a) Killing members of the group; (b) Causing serious bodily or mental harm to members of the group; (c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part; (d) Imposing measures intended to prevent births

within the group; (e) Forcibly transferring children of the group to another group. The Rome Statute of the International Criminal Court, 2002.

7.  <u>Consequently, Slavey and Slave Trade contradict Article 1 of the :</u> <u>Convention on the Non-Applicability of Statutory Limitation to War Crimes and</u> <u>Crimes Against Humanity which states :</u>

No statutory limitation shall apply to the following crimes, irrespective of the date of their commission:

( a ) War crimes as they are defined in the Charter of the International Military Tribunal, Nürnberg, of 8 August 1945 and confirmed by resolutions 3 (I) of 13 February 1946 and 95 (I) of 11 December 1946 of the General Assembly of the United Nations, particularly the "grave breaches" enumerated in the Geneva Conventions of 12 August 1949 for the protection of war victims;

( b ) Crimes against humanity whether committed in time of war or in time of peace as they are defined in the Charter of the International Military Tribunal, Nürnberg, of 8 August 1945 and confirmed by resolutions 3 (I) of 13 February 1946 and 95 (I) of 11 December 1946 of the General Assembly of the United Nations, eviction by armed attack or occupation and inhuman acts resulting from the policy of apartheid , and the crime of genocide as defined in the 1948 Convention on the Prevention and Punishment of the Crime of Genocide, even if such acts do not constitute a violation of the domestic law of the country in which they were committed.

<u>Footnote</u>

*Peace is a daily, a weekly, a monthly process, gradually changing opinions, slowly eroding old barriers, quietly building new structures... Not a Pax Americana enforced on the world by American weapons of war. Not the peace of the grave or the security of the slave. I am talking about genuine peace, the kind of peace that makes life on earth worth living. <u>John F. Kennedy</u>*

# Case Laws

In 1840, a federal trial court found that the initial transport of the Africans across the Atlantic (which did not involve *La Amistad*) had been illegal, because the international slave trade had been abolished, and the captives were thus not legally slaves but free. Given that they were illegally confined, the Africans were entitled to take whatever legal measures necessary to secure their freedom, including the use of force. Atfer the US Supreme Court affirmed this finding on March 9, 1841, supporters arranged transportation for the Africans back to Africa in 1842- See United States v. Amistad, 40 U.S. 518 (1841).

In Ahmed & Anor V. R [2011] EWCA CRIM 184 (25 February 2011), the judgement reads: "Torture is wrong". The court of appeal made this simple and it would be hoped obvious statement in the appeal of two men convicted of terrorism and being active members of Al-Qaeda. But, it turns out, the position on torture is not as clear as those three simple words.

## Customary International laws

The former Secretary of States, a reknown elderly Statesman of Jewish descent, vast in the Knowledge of what Torture is contrary to what Torture is as defined by the Convention Against Torture and what the Service has asserted it, is his address to the General Assembly of the United Nation, unequivocally defined Torture as follows:

Torture, "a practice which all nations of the world should abhor. TORTURE, it is an absolute debasement of the function of government when it overwhelming power is used not for people's welfare but as an instrument of their suffering".Dr. Henry Kessinnger.

 "We hold these truths to be self evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable rights that among these are Life, Liberty and the Pursuit of Happiness. That to secure the Rights, Government are instituted among Men deriving their Just Power from Consent of the governed,...........

## Conclusion

If Slavery is wrong, then we are all wrong---Dr. Martin Luther King Jr.


## Relief Sought

1. I would like to know where my descendants have lived.
2. Compensation for taking my descendants as slaves
3. Any other relief as the Court may deems proper

Respecfully submitted,

*Ahmed*

Oluwashina Kazeem Ahmed-Al-Khalifa

Plaintiff Address :
5, Robert Onadipe Street
Gbagada Phase 1
Shomolu, Pedro
Lagos, Nigeria.

Email: oahmed005@yahoo.com

Tel: 00 234 810 380 4404


**Signed:** _____          **Dated:** 02/18/2013


Document Submitted with this Complaint,
Newsprints Publications.                    Pages   1-5


40

City threw out slavery plan
By Arthur Strain
BBC News

Peter Hain has apologised for the involvement in the slave trade of Northern Ireland, or as it was back then, simply Ireland.

While there was opposition to slavery across the island there were also men who made fortunes out of the exploitation of slaves.

Part of Belfast's commercial and industrial advances of the time were linked to trade with the slave economies of the West Indies.

Waddell Cunningham, founding president of the Belfast Chamber of Commerce and first president of the Harbour Board, numbered among those who made fortunes from slavery and tried to set up a slave company in Belfast.



Some businessmen in Belfast wanted to start a slave company

A player in the trading of West Indian commodities, not only did he deal in the produce of slave labour but he was intimately involved in the trading of slaves within the islands of the Caribbean.

Following the Seven Years War he acquired a plantation of his own in Dominica, which he renamed Belfast.

He attempted to establish a slave trading company in Belfast in 1786.

For one radical Belfast citizen, Thomas McCabe, such unscrupulous commercial ambition was to be resisted.

He stood near the Old Exchange at the foot of Donegall Street and tore up the prospectus for the proposed company calling out: "May God wither the hand and consign the name to eternal infamy of the man who will sign that document."

> 66 There was a very, very strong pro-abolition and anti-slavery movement in Belfast which chimed with the kind of reception of the French revolution 99
>
> Eamon Phoenix

Historian Eamon Phoenix said Belfast had less to apologise for than ports like Liverpool or Bristol.

But the city did enjoy rum and sugar, the fruits of the trade in the Caribbean and did trade with tobacco producing areas in the southern slave owning United States.

"There was a very, very strong pro-abolition and anti-slavery movement in Belfast which chimed with the kind of reception of the French revolution in the city in the 1780s 1790s associated with the rise of the United Irishmen," he said.

There were also anti-slavery advocates who visited the city and were warmly received.

In 1791 freed slave Oloudah Equiano stayed in Belfast and toured Ireland, promoting his book on his life as a slave who had been stolen from Africa as a child.

The radical newspaper the Northern Star noted in April 1792 that anyone who consumes sugar products "becomes accessory to the guilt" of slavery.

In much the same way Fair Trade products are being promoted today anti-slavery advocates of the time urged the boycott of sugar from slave plantations.

One of the opponents of slavery in the Belfast showed steadfast opposition to the practice.

**Leaflets**

Mary Ann McCracken - sister of the United Irishman Henry Joy - was a founder member of the Belfast Women's anti-slavery society.

There are descriptions of her as an old lady of 88, in the Victorian Belfast of the 1850s, standing by the gangway of ships headed for the southern ports of the USA where slavery was still practised and handing out anti-slavery leaflets to those boarding.

In a letter to a friend she wrote: "Belfast, once so celebrated for its love of liberty, is now so sunk in the love of filthy lucre that there are but 16 or 17 female anti-slavery advocates and not one man though several Quakers ... and none to distribute papers to American emigrants but an old woman within 17 days of 89..."

Christian agencies Tearfund and the Evangelical Alliance held a conference in the city to celebrate the anti-slavery vision of local Christians 200 years ago.

Northern Ireland historian Philip Orr, who spoke at Thursday's event, said Mr Hain appeared to be ignorant of local opposition to slavery.

"Everyone has some kind of guilt but Peter Hain was absolutely ignorant of the significant role played by many Belfast Christians in trying to prevent a slave trading company being founded in Belfast - in fact they were successful."

2007 commemorates the 200th anniversary of the 1807 Abolition of the Slave Trade Act.

This Act outlawed the slave trade throughout the British Empire and made it illegal for British ships to be involved in the trade, marking the beginning of the end for the transatlantic traffic in human beings.

It would be another 30 years before slaves in the empire gained their final freedom.



**Read Me: The Irish have not always been the victims of history**

**Joe O'Shea's book throws light on the lesser-known bad boys of Irish antiquity, including one Kilkenny man who captured 12,000 slaves and launched 40 cross-Atlantic slave voyages in the early 18th century.**

28/10/12 13,485 Views 36 Comments
Share Tweet30



Joe O'Shea

THE IRISH HOLD a unique place in the history of the trans-Atlantic slave trade, white Europeans who were both slaves and slavers, depending on which way the political and economic winds were blowing from the seventeenth century onward.

Transported to the West Indies as indentured labour after the Cromwellian conquest or enthusiastically profiting from the inhuman triangular trade between Europe, Africa and the Sugar Islands, cast as victims and villains as circumstances changed. And over two two centuries of the Atlantic slave trade, Irish merchants, seamen and financiers built vast dynastic fortunes at home and abroad.

The many Haitians and West Indians who trace their ancestry back to Africans transported on Irish-owned slave ships are living proof that the Irish have not always been the victims of history.

And it was the Irish slaving clans of Nantes in France, descendants of the Wild Geese, who effectively ran the trade in humans for the French nobility.

One Irish soldier turned pirate and saver, Philip Walsh of Ballynacooly in the Walsh Mountains in Co Kilkenny, was present at the signing of the Treaty of Limerick on 3 October 1691, which marked the end of the Williamite War and the scattering of thousands of exiled Irish soldiers and commanders across the sea to the continent or west to North America.

**"A personal taxi service for the Stuarts"**

Walsh senior, together with his son Antoine, commanded the ship that carried the defeated King James II from Kinsale in Co Cork to France after the Battle of the Boyne. The family were a sort of personal taxi service for the Stuarts during their ill-fated adventures: Philip's son Antoine Vincent was the owner/operator of the armed frigate Doutelle, the ship that landed Charles



Stuart, James II's son and the 'Young Pretender', in Scotland in 1745 in his doomed bid for the throne.

Philip had settled in St Malo in Brittany (where Anthony or Antoine was born on 22 January 1703) and looked at start-up opportunities in the burgeoning Atlantic slave trade. Philip Walsh was a shipbuilder, merchant and at times a daring and ruthless privateer or licensed pirate for the French crown, with free rein to attack and capture British shipping in the English Channel while the two great European powers were at war. He sailed fast, heavily-armed, but relatively small ships such as Le Curieux under letters of marque from the French crown.

Philip Walsh would venture far in search of a prize, on one occasion taking two ships, the Ruby and Diligent into the Indian Ocean and on another, sailing Le Curieux around Africa and to the mouth of the Red Sea to attack Dutch-owned coffee stores in Moka in the Yemen. On that raid against the largest coffee market on the coast of Arabia, the Irish corsair captain plundered an estimated 1,500 tonnes of the highest quality coffee beans. Philip, who married an Irish woman called Anne White and had ten children, died on a later voyage to Africa.

It was left to one of his sons, Antoine to get the real family business – slaving – off the ground.

*(O'Brien Press)*

By the early 1700s, the French port of Nantes, with a large, close-knit and hard-working Irish slave-trading community, became the chief slaving port for the kingdom of Louis XIV, the Sun King. It was said that half of the ships that sailed out of Nantes at the time were owned or stocked by Irish merchant families, including the Joyces, Walshes, MacCarthys, O'Sheils, Sarsfields and O'Riordans. Manufactured goods, guns, textiles, liquor and knives, were brought from Nantes to the Slave Coast, exchanged for slaves who were transported to the French colonies of Guadeloupe, Martinique and Saint-Domingue (modern Haiti) where they were sold for sugar and tobacco, which then returned to Europe.

The Irish merchants built fine homes on the Île Feydeau, which still stand today, but the profits were spread far beyond Nantes: they made fortunes for the ports of Bristol, Liverpool and Amsterdam. To their great credit, the merchants of Belfast, under the future United Irishman William Putnam McCabe, refused to take part in the inhuman slave trade. However, the merchant princes of Cork, Limerick and Waterford profited by victualling the ships, feeding the slavers and slaves alike to great reward and family fortune. Huge family fortunes were built in Cork, the city centre was rebuilt and some of those dynasties that were built on the backs and bellies of millions of slaves are still with us today. And so it went on for decades, with the wealth of nations and Empires built up on unimaginable human misery.

Antoine Walsh was, until he was comfortable enough to retire to an office job on land, a slave ship captain. The voyage, from France to East Africa and then across the Atlantic to the Caribbean, was long and perilous and those making it faced everything from disease and foul weather to the possibility of piracy and mutinous human cargoes.

④

**"From slave-ship captain to slave merchant"**

By the early 1730s, Walsh had seen enough of the disease ridden coast of East Africa and the dangers of the middle passage and promoted himself from slave-ship captain to slave merchant.

Antoine had been lucky enough to avoid the bloody below-decks uprisings that claimed the lives of many slavers, including some of his employees and relatives. In 1734, the slave ship L'Aventurier, outfitted by Walsh's father-in-law Luc O'Shiell (a former Jacobite officer), spent nearly four months moving up and down the West African coast, looking for slaves.

At Ouida (also called 'Whydah' by the slavers) on the coast of Benin, the captain (a J. Shaughnessy) went ashore to trade, leaving Barnaby O'Shiell, Antoine's teenage brother-in-law, in command of a crew laid low by fever and dysentery. The slaves took their chance and broke free, cutting the barely-conscious pilot's throat and locking the other invalid sailors below hatches. It was up to young Barnaby to rally the five sailors who could carry a gun and in the ensuing fight to regain the ship; two crewmen and forty slaves were killed. In commercial terms, they had lost one-sixth of the cargo and Captain Shaughnessy was forced to tie up at Ouida until he had collected 480 native men, women and children to transport in chains to Saint-Domingue and Martinique. Both Barnaby and Shaughnessy survived to have careers as slaver captains for Antoine.

Antoine Walsh would suffer a major setback after 1748 when he attempted to monopolise the French-East African slave trade – his business rivals forced him out and he left France to manage the family slave plantations in Sainte Domingue (Haiti), where he died in 1763.

Ten years earlier, in 1753, Antoine had been enobled by King Louis XV of France and the family estates on the lower Loire were consolidated by Royal letters-patent into the "Comte de Serrant." The Walshes were henceforth Comtes de Serrant.

The exiled Irishman had personally bought and sold over 12,000 African slaves and launched 40 cross-Atlantic slave voyages. He was the greatest – or worst – of the Irish-Nantes slavers, far outstripping rivals such as the O'Riordan brothers, Etienne and Laurent, who had family back in Derryvoe, Co Cork. The Roches, originally from Limerick, where their extended clan included Arthurs and Suttons, managed a mere 11 slave voyages with around 3,000 slaves.

The dynasties and fine chateaux they built stand testament to their family names.

However, the writer Balzac might have coined a more fitting tribute when he observed; 'Behind every great fortune there is a great crime'.

- *The full tale of Antoine Walsh's exploits can be read in journalist **Joe O'Shea**'s book Murder, Mutiny & Mayhem: The Blackest-Hearted Villains from Irish History. Published by O'Brien Press, the book details the extraordinary – and mostly hidden – histories of Irish characters who left these shores to wreak havoc across the world as grave-robbers, duellists, conmen, drug-lords, killers and slavers. You can buy it in all good book shops or online here for €12.99.*

